# Order

Michigan Supreme Court
Lansing, Michigan

May 27, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148356 & (14)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                    SC: 148356
                                    COA: 316725
                                    Wayne CC: 07-024398-FC

SEAN DARNELL DANIELS,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the October 29, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to expand the record and for an evidentiary hearing is DENIED.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2014



s0519

Clerk